IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN ARRANT,

    Petitioner,               No. CIV S-08-2601 KJM P

    vs.

A. HEDGPETH,                  ORDER AND

    Respondent.          FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        A review of court records reveals that the habeas petition filed in this action is duplicative of the one filed in Civ. S-08-2585 EFB P. Because this action is duplicative, the court will recommend that it be dismissed.

/////

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in
2 forma pauperis is granted; and
3    IT IS HEREBY RECOMMENDED that this action be dismissed.
4    These findings and recommendations are submitted to the District Judge assigned to
5 this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served
6 with these findings and recommendations, petitioner may file written objections with the court.  The
7 document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
8 Petitioner is advised that failure to file objections within the specified time may waive the right to
9 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

13 1/md
arra2601.123